UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

Rafic Shimonov, individually and on behalf of all others similarly situated;

                    Plaintiff,                    Case No: 1:21-cv-04690-ENV-CLP

-against-

Financial Recovery Services, Inc.

                    Defendant(s).
------------------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT FINANCIAL RECOVERY SERVICES, INC.

**IT IS HEREBY AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated:  December 29, 2021

**Application Granted
SO ORDERED
Brooklyn, New York
Dated: 1/4/2022**

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

**HOROWITZ LAW, PLLC**

/s/ Uri Horowitz
Uri Horowitz
14441 70th Road
Flushing, NY 11367
Phone: (718) 705-8706
uri@horowitzlawpllc.com

*Attorney for Plaintiff Rafic Shimonov*

1

## Certificate of Service

    I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 29th day of December, 2021        Respectfully Submitted,

                                          */s/ Uri Horowitz*
                                          Uri Horowitz